United States v. Kennebec Scrap Iron, Inc.

Complaint – Appendix 1

**Appendix 1: Oakland - Third Claim For Relief**
**Benchmark Monitoring - Northern Outfall**

|  | Year | Quarter | Failed to Conduct | Failed to Properly Conduct Quarterly Benchmark Monitoring (Reason stated below) | Kennebec Scrap Iron, Inc. |
|---|---|---|---|---|---|
|  |  |  |  |  | Admit, Deny, or Lacks Knowledge or Information |
| a. | 2011 | Q3 |  | ✓ - Not a QSE. TSS/SS/pH Analysis only. No TPH. |  |
| b. | 2011 | Q4 |  | ✓ - Not a QSE. TSS/SS/pH Analysis only. No TPH. |  |
| c. | 2012 | Q1 | ✓ |  |  |
| d. | 2012 | Q2 |  | ✓ - Not a QSE. No TPH. DRO Analysis. Improper compositing of outfalls 1 and 2 for laboratory analysis of TSS, pH and DRO. |  |
| e. | 2012 | Q3 | ✓ |  |  |
| f. | 2012 | Q4 |  | ✓ - Not a QSE. Improper compositing of outfalls 1 and 2 for laboratory analysis of TSS, pH and TPH. |  |
| g. | 2013 | Q1 | ✓ |  |  |
| h. | 2013 | Q2 | ✓ |  |  |
| i. | 2013 | Q3 |  | ✓ - Not a QSE. No TPH. DRO analysis. Form does not indicate which outfall was sampled. |  |

*Through 2011 Q2, "QSE" means a storm event that is greater than 0.1 inches in magnitude and that occurs at least 72 hours from the previously measurable (greater than 0.1 in rainfall) storm event.
**After 2011 Q2, "QSE" stands for a qualifying storm event; which means a storm event that is either precipitation, ice or snow melt that produces a measurable discharge at an outfall that occurs at least 72 hours from a previous measurable storm event.
***"Not a QSE" means although Defendants' monitoring forms indicate monitoring was conducted after a qualifying storm event; it was not.
****"DRO" stands for Diesel Range Organics.  It is insufficient because Maine did not approve testing for DRO as a substitute for Total Petroleum Hydrocarbons ("TPH").

**Appendix 1: Oakland - Third Claim For Relief**
**Benchmark Monitoring - Driveway Outfall**

|    | Year | Quarter | Failed to Conduct | Failed to Properly Conduct Quarterly Benchmark Monitoring (Reason stated below) | Kennebec Scrap Iron, Inc. |
|----|------|---------|-------------------|----------------------------------------------------------------------------------|---------------------------|
|    |      |         |                   |                                                                                  | Admit, Deny, or Lacks Knowledge or Information |
| a. | 2011 | Q3      |                   | ✓ - Not a QSE. TSS/SS/pH Analysis only. No TPH.                                  |                           |
| b. | 2011 | Q4      |                   | ✓ - Not a QSE. TSS/SS/pH Analysis only. No TPH.                                  |                           |
| c. | 2012 | Q1      | ✓                 |                                                                                  |                           |
| d. | 2012 | Q2      |                   | ✓ - Not a QSE. No TPH. DRO Analysis. Improper compositing of outfalls 1 and 2 for laboratory analysis of TSS, pH and DRO. |  |
| e. | 2012 | Q3      | ✓                 |                                                                                  |                           |
| f. | 2012 | Q4      |                   | ✓ - Not a QSE. Improper compositing of outfalls 1 and 2 for laboratory analysis of TSS, pH and TPH. |  |
| g. | 2013 | Q1      | ✓                 |                                                                                  |                           |
| h. | 2013 | Q2      | ✓                 |                                                                                  |                           |
| i. | 2013 | Q3      |                   | ✓ - Not a QSE. No TPH. DRO analysis. Form does not indicate which outfall was sampled. |  |

*Through 2011 Q2, "QSE" means a storm event that is greater than 0.1 inches in magnitude and that occurs at least 72 hours from the previously measurable (greater than 0.1 in rainfall) storm event.

**After 2011 Q2, "QSE" stands for a qualifying storm event; which means a storm event that is either precipitation, ice or snow melt that produces a measurable discharge at an outfall that occurs at least 72 hours from a previous measurable storm event.

***"Not a QSE" means although Defendants' monitoring forms indicate monitoring was conducted after a qualifying storm event; it was not.

****"DRO" stands for Diesel Range Organics.  It is insufficient because Maine did not approve testing for DRO as a substitute for Total Petroleum Hydrocarbons ("TPH").