United States v. Kennebec Scrap Iron, Inc.

Complaint – Appendix 2

**Appendix 2: Oakland - Fourth Claim For Relief**
**Quarterly Visual Monitoring - Northern Outfall**

| | Year | Quarter | Failed to Conduct | Failed to Properly Conduct Quarterly Visual Monitoring (Reason stated below) | Kennebec Scrap Iron, Inc. |
|---|---|---|---|---|---|
| | | | | | Admit, Deny, or Lacks Knowledge or Information |
| a. | 2009 | Q4 | | ✓ - Not a QSE. Monitoring observations not representative of distinct outfalls. | |
| b. | 2010 | Q1 | | ✓ - Not a QSE. Monitoring observations not representative of distinct outfalls. | |
| c. | 2010 | Q2 | | ✓ - Not a QSE. Monitoring observations not representative of distinct outfalls. | |
| d. | 2010 | Q3 | | ✓ - Not a QSE. Monitoring observations not representative of distinct outfalls. | |
| e. | 2010 | Q4 | | ✓ - Not a QSE. Monitoring observations not representative of distinct outfalls. | |
| f. | 2011 | Q1 | | ✓ - Monitoring observations not representative of distinct outfalls. | |
| g. | 2011 | Q2 | ✓ | | |
| h. | 2011 | Q3 | | ✓ - Not a QSE. | |
| i. | 2011 | Q4 | ✓ | | |
| j. | 2012 | Q1 | | ✓ - Form states no monitoring conducted due to lack of rain in quarter. | |
| k. | 2012 | Q2 | ✓ | | |
| l. | 2012 | Q3 | | ✓ - Form states no monitoring conducted due to lack of rain in quarter. | |
| m. | 2012 | Q4 | | ✓ - Not a QSE. | |
| n. | 2013 | Q1 | | ✓ - Not a QSE. | |
| o. | 2013 | Q2 | ✓ | | |
| p. | 2013 | Q3 | ✓ | | |

*Through 2011 Q2, "QSE" means a storm event that is greater than 0.1 inches in magnitude and that occurs at least 72 hours from the previously measurable (greater than 0.1 in rainfall) storm event.
**After 2011 Q2, "QSE" stands for a qualifying storm event; which means a storm event that is either precipitation, ice or snow melt that produces a measurable discharge at an outfall that occurs at least 72 hours from a previous measurable storm event.
***"Not a QSE" means although Defendants' monitoring forms indicate monitoring was conducted after a qualifying storm event; it was not.

**Appendix 2: Oakland - Fourth Claim For Relief**
**Quarterly Visual Monitoring - Driveway Outfall**

| | Year | Quarter | Failed to Conduct | Failed to Properly Conduct Quarterly Visual Monitoring (Reason stated below) | Kennebec Scrap Iron, Inc. |
|---|---|---|---|---|---|
| | | | | | Admit, Deny, or Lacks Knowledge or Information |
| a. | 2009 | Q4 | | ✓ - Not a QSE. Monitoring observations not representative of distinct outfalls. | |
| b. | 2010 | Q1 | | ✓ - Not a QSE. Monitoring observations not representative of distinct outfalls. | |
| c. | 2010 | Q2 | | ✓ - Not a QSE. Monitoring observations not representative of distinct outfalls. | |
| d. | 2010 | Q3 | | ✓ - Not a QSE. Monitoring observations not representative of distinct outfalls. | |
| e. | 2010 | Q4 | | ✓ - Not a QSE. Monitoring observations not representative of distinct outfalls. | |
| f. | 2011 | Q1 | | ✓ - Monitoring observations not representative of distinct outfalls. | |
| g. | 2011 | Q2 | ✓ | | |
| h. | 2011 | Q3 | | ✓ - Not a QSE. | |
| i. | 2011 | Q4 | ✓ | | |
| j. | 2012 | Q1 | | ✓ - Form states no monitoring conducted due to lack of rain in quarter. | |
| k. | 2012 | Q2 | ✓ | | |
| l. | 2012 | Q3 | | ✓ - Form states no monitoring conducted due to lack of rain in quarter. | |
| m. | 2012 | Q4 | | ✓ - Not a QSE. | |
| n. | 2013 | Q1 | | ✓ - Not a QSE. | |
| o. | 2013 | Q2 | ✓ | | |
| p. | 2013 | Q3 | ✓ | | |

*Through 2011 Q2, "QSE" means a storm event that is greater than 0.1 inches in magnitude and that occurs at least 72 hours from the previously measurable (greater than 0.1 in rainfall) storm event.
**After 2011 Q2, "QSE" stands for a qualifying storm event; which means a storm event that is either precipitation, ice or snow melt that produces a measurable discharge at an outfall that occurs at least 72 hours from a previous measurable storm event.
***"Not a QSE" means although Defendants' monitoring forms indicate monitoring was conducted after a qualifying storm event; it was not.